**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| VELOCITY MICRO ELECTRONICS, INC. | § § § § | Case No. 2:13-32919 RK |
| Debtor | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

CAROLYN A. DYE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                  Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  175,636.76           Claims Discharged
                                                        Without Payment:  NA

Total Expenses of Administration:  49,414.29

---

3) Total gross receipts of $ 225,051.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 225,051.05  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 49,414.29 | 49,414.29 | 49,414.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,322,508.96 | 229,774.75 | 229,774.75 | 175,636.76 |
| **TOTAL DISBURSEMENTS** | $ 14,322,508.96 | $ 279,189.04 | $ 279,189.04 | $ 225,051.05 |

4) This case was originally filed under chapter 7 on 09/13/2013 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/24/2017            By:/s/CAROLYN A. DYE
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRYS ELECTRONICS, INC. | 1121-000 | 3,374.26 |
| 2010 FEDERAL INCOME TAX REFUND | 1224-000 | 128,455.54 |
| 2011 INCOME TAX REFUND - COMMONWEALTH OF VIRGINIA | 1224-000 | 25,870.66 |
| ACCOUNT WITH BANK OF AMERICA N.A. | 1229-000 | 63,350.59 |
| VENTURE PACIFIC LAW, P.C. - DISGORGEMENT CLAIM | 1229-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 225,051.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAROLYN A. DYE | 2100-000 | NA | 14,502.55 | 14,502.55 | 14,502.55 |
| CAROLYN A. DYE | 2200-000 | NA | 50.15 | 50.15 | 50.15 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 382.79 | 382.79 | 382.79 |
| UNION BANK | 2600-000 | NA | 6,118.43 | 6,118.43 | 6,118.43 |
| PENA & SOMA, APC | 3210-000 | NA | 17,535.10 | 17,535.10 | 17,535.10 |
| PENA & SOMA, APC | 3220-000 | NA | 186.18 | 186.18 | 186.18 |
| LEA ACCOUNTANCY, LLP | 3410-000 | NA | 10,196.50 | 10,196.50 | 10,196.50 |
| LEA ACCOUNTANCY, LLP | 3420-000 | NA | 442.59 | 442.59 | 442.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 49,414.29 | $ 49,414.29 | $ 49,414.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMAZON FULFILLMENT SERVICES | | 3,375.98 | NA | NA | 0.00 |
| | PRECENO TECHNOLOGY | | 13,770,758.62 | NA | NA | 0.00 |
| | SYX DISTRIBUTION | | 79,430.00 | NA | NA | 0.00 |
| | VELOCITY MICRO | | 125,000.00 | NA | NA | 0.00 |
| 3 | BEST BUY PURCHASING | 7200-000 | 343,944.36 | 229,774.75 | 229,774.75 | 175,636.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,322,508.96 | $ 229,774.75 | $ 229,774.75 | $ 175,636.76 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case 2:13-bk-32919-RK    Doc 61    Filed 01/09/18    Entered 01/09/18 14:05:02    Desc
Main Document    Page 6 of 12

Page: 1

Case No:         2:13-32919    RK    Judge: KWAN, ROBERT N.
Case Name:    VELOCITY MICRO ELECTRONICS, INC.

For Period Ending:  11/30/17

Trustee Name:                           CAROLYN A. DYE
Date Filed (f) or Converted (c):    09/13/13 (f)
341(a) Meeting Date:                  10/10/13
Claims Bar Date:                        01/26/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FRYS ELECTRONICS, INC.<br>600 EAST BROKAW<br>SAN JOSE CA 95112<br><br>ACCOUNTS RECEIVABLE. THE SCHEDULED AMOUNT WAS SIGNIFICANTLY HIGHER THAN THE DEBTOR'S RECORDS SUPPORTED. BASED ON A REVIEW OF THE AVAILABLE RECORDS AND FRY'S RECORDS (OUTSTANDING INVOICES AND CREDIT MEMOS). THE AMOUNT RECEIVED IS THE AMOUNT OWED. | 42,106.59 | 4,000.00 | | 3,374.26 | FA |
| 2. ACCOUNT WITH BANK OF AMERICA N.A. (u)<br>1655 GRANT ST.<br>BUILDING A<br>CONCORD, CA 94520<br><br>TRUSTEE CLOSED THE DEBTOR'S ACCOUNT. | 63,350.59 | 63,350.59 | | 63,350.59 | FA |
| 3. PREFERENCES (u)<br>NONE FOUND. | 0.00 | 0.00 | | 0.00 | FA |
| 4. VENTURE PACIFIC LAW, P.C. - DISGORGEMENT CLAIM (u)<br>VANESSA CHIU FILED THE PETITION AND HER FIRM'S FEE FOR PREPARING THE DEBTOR'S PETITION, REPRESENTATION AT THE 341(a), LIMITED REPRESENTATION IN CONTESTED MATTERS AND RELIEF FROM STAY MOTIONS WAS $37,000. TRUSTEE REQUESTED DOCUMENTS TO SUPPORT THE FEE AND MADE A SETTLEMENT OFFER OF $4,500 WITH THE BALANCE TO BE PAID TO THE ESTATE. NO POSITIVE RESPONSE WAS RECEIVED. AS A RESULT, TRUSTEE'S | 0.00 | 4,000.00 | | 4,000.00 | FA |

Case No: 2:13-32919  RK  Judge: KWAN, ROBERT N.     Trustee Name: CAROLYN A. DYE    Exhibit 8
Case Name: VELOCITY MICRO ELECTRONICS, INC.     Date Filed (f) or Converted (c): 09/13/13 (f)
341(a) Meeting Date: 10/10/13
Claims Bar Date: 01/26/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| COUNSEL FILED A DISGORGEMENT MOTION ON 04/08/15. THE MATTER WAS SUBSEQUENTLY SETTLED FOR $4,000. THE SETTLEMENT WAS APPROVED BY THE COURT BY ORDER ENTERED 06/02/15. (SEE DOCKET NOS. 32 (MOTION), 34 (OPPOSITION), 36 (SETTLEMENT STIPULATION), AND 39 (ORDER).) | | | | | |
| 5. 2010 FEDERAL INCOME TAX REFUND (u) FORM 1120 - NOL CARRYBACK | 128,455.54 | 128,455.54 | | 128,455.54 | FA |
| 6. COMMONWEALTH OF VIRGINIA (u) FORM 500-NOLD - NOL CARRYBACK | 0.00 | 25,870.66 | | 25,870.66 | FA |

                                                                                 Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $233,912.72     $225,676.79     $225,051.05     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL REPORT NOTES:

THE ESTATE'S TAX RETURNS FILED / ACCEPTED. (INTERNAL REVENUE SERVICE PROMPT DETERMINATION UNDER 11 U.S.C. § 505(b) FOR

TAX YEARS 12/31/14 AND 12/31/15, FILED WITH THE COURT ON 07/06/16, DOCKET 44.)

CASE NOTES IN DESCENDING ORDER:

ANNUAL REPORTING PERIOD ENDED 12/31/16:

THE LAST TASK TO COMPLETE PRIOR TO CLOSING WAS RESOLUTION OF THE OBJECTIONABLE CLAIMS FILED BY UNITED PARCEL SERVICE

FORM 1
Case 2:13-bk-32919-RK Doc 61 Filed 01/09/18 Entered 01/09/18 14:05:02    Desc
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Main Document    Page 8 of 12
ASSET CASES
Page: 3
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:13-32919    RK    Judge: KWAN, ROBERT N. | Trustee Name: | CAROLYN A. DYE |
| Case Name: | VELOCITY MICRO ELECTRONICS, INC. | Date Filed (f) or Converted (c): | 09/13/13 (f) |
| | | 341(a) Meeting Date: | 10/10/13 |
| | | Claims Bar Date: | 01/26/15 |

("UPS"). THE DEBT WAS INCURRED BY A RELATED ENTITY, VELOCITY MICRO, INC. VELOCITY MICRO IS A 30% STOCKHOLDER IN THE DEBTOR AND OPERATES FROM A DIFFERENT LOCATION THAN THE DEBTOR. THIS RELATIONSHIP IS DISCLOSED IN PETITION AND TRUSTEE PROVIDED THIS INFOMATION TO UPS. GENERALLY, UPS IS VERY COOPERATIVE IN RESOLVING CLAIMS. IN THIS CASE, THE INDIVIDUAL HANDLING THE CLAIM SIMPLY WOULD NOT ACQUIESCE. COUNSEL FILED OBJECTIONS TO THE TWO UPS CLAIMS WITH A HEARING SET FOR 1/24/17. ONCE THOSE ARE RESOLVED COUNSEL WILL FILE A FEE APPLICATION AND THE CASE CAN BE CLOSED.

ANNUAL REPORTING PERIOD ENDED 12/31/15:

ASSET 1 - A SETTLEMENT CONFERENCE IS SET FOR 2/5/16. ONCE THIS IS RESOLVED, THE FINAL TAX RETURN CAN BE FILED AND THE CASE PUT IN LINE FOR CLOSING.

ASSET 3 - NO RECOVERABLE PREFERENCES FOUND.

ASSET 4 - SETTLED BY STIPULATION. ORDER ENTERED 06/02/15. SEE NOTES ON THE ASSET.

ASSETS 5 & 6 - TRUSTEE'S ACCOUNTANT IDENTIFIED NET OPERATING LOSSES AND RECOVERED REFUNDS TOTALING $154,326.20 FOR THE ESTATE.

ANNUAL REPORTING PERIOD ENDED 12/31/14:

ASSET 1 - FRY'S DISPUTES THE AMOUNT, CLAIMING OFFSETS AND IS SENDING DOCUMENTATION.

ASSET 2 - TRUSTEE CLOSED THE DEBTOR'S UNSCHEDULED BANK ACCOUNT.

ASSET 3 - THE DEBTOR WAS INVOLVED IN AT LEAST 5 PREPETITION SETTLEMENT AGREEMENTS THAT RESULTED IN PAYMENTS TO CREDITORS IN EXCESS OF $500,000. COUNSEL IS INVESTIGATING WHETHER ANY OF THE PAYMENTS CAN BE RECOVERED AS PREFERENCES/FRAUDULENT TRANSFERS. AS PART OF THAT INVESTIGATION, TRUSTEE'S COUNSEL WOULD HAVE CONDUCTED A 2004 EXAMINATION OF THE DEBTOR'S PRINCIPAL BUT HE LIVES IN CHINA. HE AGREED TO SUBMIT TO AN EXAMINATION VIA TELEPHONIC DEPOSITION.

ASSET 4 - DEBTOR'S COUNSEL CHARGED $37,000 FOR PREPARING THE PETITION. TRUSTEE'S SETTLEMENT OFFER OF $4,500 WAS REJECTED. TRUSTEE'S COUNSEL IS PREPARING A DISGORGEMENT MOTION.

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 06/30/17

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:13-32919 -RK | | Trustee Name: | CAROLYN A. DYE |
|---|---|---|---|---|
| Case Name: | VELOCITY MICRO ELECTRONICS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6112  CHECKING ACCOUNT |
| Taxpayer ID No: | *******7872 | | | |
| For Period Ending: | 11/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/21/14 | 2 | BANK OF AMERICA | TRUSTEE CLOSED THE DEBTOR'S ACCOUNT | 1229-000 | 63,350.59 | | 63,350.59 |
| 11/25/14 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 30.37 | 63,320.22 |
| 12/26/14 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 91.11 | 63,229.11 |
| 01/08/15 | 001001 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (1/4/15 - 1/4/16; BOND NO. 016030866); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 86.90 | 63,142.21 |
| 01/26/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 94.09 | 63,048.12 |
| 02/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 93.87 | 62,954.25 |
| 03/20/15 | | GLOBAL SURETY, LLC<br>c/o LAW OFFICE OF CAROLYN A. DYE CTA | TRUSTEE BOND PREMIUM ADJUSTMENT (1/4/15 - 1/4/16; BOND NO. 016030866) | 2300-002 | | -33.13 | 62,987.38 |
| 03/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 84.62 | 62,902.76 |
| 04/27/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 93.55 | 62,809.21 |
| 05/04/15 | 5 | UNITED STATES TREASURY | TAX REFUND - FORM 1120 - 12/10 (NOL CARRYBACK) | 1224-000 | 128,455.54 | | 191,264.75 |
| 05/26/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 90.46 | 191,174.29 |
| 06/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 247.30 | 190,926.99 |
| 07/09/15 | 4 | VENTURA PACIFIC LAW, PC | SETTLEMENT PROCEEDS | 1229-000 | 4,000.00 | | 194,926.99 |
| | | | Page Subtotals | | 195,806.13 | 879.14 | |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 20.00g

LFORM24

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 2:13-32919 -RK | | Trustee Name: | CAROLYN A. DYE | |
|---|---|---|---|---|---|
| Case Name: | VELOCITY MICRO ELECTRONICS, INC. | | Bank Name: | UNION BANK | Exhibit 9 |
| | | | Account Number / CD #: | *******6112  CHECKING ACCOUNT | |
| Taxpayer ID No: | *******7872 | | | | |
| For Period Ending: | 11/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/27/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 274.90 | 194,652.09 |
| 08/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 287.93 | 194,364.16 |
| 09/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 289.21 | 194,074.95 |
| 09/29/15 | 6 | COMMONWEALTH OF VIRGINIA | INCOME TAX REFUND - FORM 500-NOLD - TAX YEAR 2011 NOL CARRYBACK | 1224-000 | 25,870.66 | | 219,945.61 |
| 10/26/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 280.72 | 219,664.89 |
| 11/25/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 326.82 | 219,338.07 |
| 12/28/15 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 315.86 | 219,022.21 |
| 01/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 325.94 | 218,696.27 |
| 02/04/16 | 001002 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (1/4/16 - 1/4/17; BOND NO. 016030866); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 223.20 | 218,473.07 |
| 02/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 324.53 | 218,148.54 |
| 03/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 302.93 | 217,845.61 |
| 04/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 323.25 | 217,522.36 |
| 05/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 312.39 | 217,209.97 |
| 06/14/16 | 1 | FRY'S ELECTRONICS | ACCOUNTS RECEIVABLE | 1121-000 | 3,374.26 | | 220,584.23 |

Page Subtotals     29,244.92     3,587.68

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 20.00g

LFORM24

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 2:13-32919 -RK | | Trustee Name: | CAROLYN A. DYE |
|---|---|---|---|---|
| Case Name: | VELOCITY MICRO ELECTRONICS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6112  CHECKING ACCOUNT |
| Taxpayer ID No: | *******7872 | | | |
| For Period Ending: | 11/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/27/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 322.31 | 220,261.92 |
| 07/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 314.09 | 219,947.83 |
| 08/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 326.38 | 219,621.45 |
| 09/26/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 325.91 | 219,295.54 |
| 10/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 314.95 | 218,980.59 |
| 11/25/16 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 324.94 | 218,655.65 |
| 02/07/17 | 001003 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (1/4/17 - 1/4/18; BOND NO. 016030866); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 105.82 | 218,549.83 |
| 09/20/17 | 001004 | BEST BUY PURCHASING, LLC | FIRST AND FINAL DISTRIBUTION ON GENERAL UNSECURED CLAIM NO. 1; PAID AT 76.439% | 7200-000 | | 175,636.76 | 42,913.07 |
| 09/20/17 | 001005 | PENA & SOMA, APC | ATTORNEY FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 09/20/17 | 3210-000 | | 17,535.10 | 25,377.97 |
| 09/20/17 | 001006 | PENA & SOMA, APC | ATTORNEY FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 09/20/17 | 3220-000 | | 186.18 | 25,191.79 |
| 09/20/17 | 001007 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 09/20/17 | 3410-000 | | 10,196.50 | 14,995.29 |
| 09/20/17 | 001008 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 09/20/17 | 3420-000 | | 442.59 | 14,552.70 |

Page Subtotals    0.00    206,031.53

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 20.00g

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 2:13-32919 -RK | | Trustee Name: | CAROLYN A. DYE |
| Case Name: | VELOCITY MICRO ELECTRONICS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6112 CHECKING ACCOUNT |
| Taxpayer ID No: | *******7872 | | | |
| For Period Ending: | 11/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/20/17 | 001009 | CAROLYN A. DYE | TRUSTEE COMPENSATION; PAID PURSUANT TO ORDER ENTERED 09/20/17 | 2100-000 | | 14,502.55 | 50.15 |
| 09/20/17 | 001010 | CAROLYN A. DYE | TRUSTEE EXPENSES; PAID PURSUANT TO ORDER ENTERED 09/20/17 | 2200-000 | | 50.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 225,051.05 | 225,051.05 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 225,051.05 | 225,051.05 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 225,051.05 | 225,051.05 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********6112 | 225,051.05 | 225,051.05 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 225,051.05 | 225,051.05 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    14,552.70

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 20.00g

LFORM24